*Exhibit A*

Filed        20-CI-01695        \7/2021        Vincent Riggs, Fayett\   uit Clerk

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT FAMILY COURT
SIXTH DIVISION

ENTERED
ATTEST. VINCENT RIGGS, CLERK
JUL 0 1 2020
FAYETTE CIRCUIT CLERK
BY \ \ \ \ \ \ \ \ \ DEPUTY

IN RE THE MARRIAGE OF:

MARY MCDOWELL HOSKINS                                    PETITIONER

AND            **AGREED CIVIL NO CONTACT ORDER**        NO. 20-CI-1695
                                                         NO 20-D-622-001

TODD MARTIN SQUIER                                       RESPONDENT

* * * * * * * * * * * * * *

The parties being in agreement as evidenced by the signature of their respective counsel and this Court having reviewed the record and being otherwise sufficiently advised; IT IS HEREBY AGREED. ORDERED AND ADJUDGED, as follows:

1)    Unless specified specifically herein, the Respondent (Todd Squier) shall have no contact with the Petitioner (Mary McDowell Hoskins), except to attend Court hearings or mediation with counsel present;

2)    Respondent is shall not commit acts of abuse, threats of abuse, stalking, or sexual abuse on the Petitioner;

3)    Respondent shall at all times and places remain at least 500 feet away from Petitioner and all other persons and placed named herein;

4)    Respondent shall have no contact with Alyce and George Hoskins and not be within 500 feet of same;

5)    Respondent shall not at any time be within 500 feet of 2618 Delong

RES : 000003 of 000005

Filed        20-CI-01695        17/2021        Vincent Riggs, Fayette    ruit Clerk

Road, Lexington, Ky, 40515; 10 Quality Street, Lexington, Ky 40507; and 1725 Walnut Hill Rd., Lexington, Ky 40515;

6)    Respondent affirmatively states he has removed any and all tracking devices on Petitioner's vehicles and shall remove any tracking devices and/or software on any of Petitioner's devices; and Respondent shall not electronically track Petitioner in any fashion;

7)    Unless otherwise noted in this Order, Respondent shall not communicate with Petitioner, including contact through third parties, electronic communication, and/or social media;

8)    Respondent shall not possess any firearms of any kind for 30 days from entry of this Order. After 30 days, Respondent may possess a firearm in the state of Tennessee only;

9)    Upon entry of this Order, the EPO shall expire on June 18, 2020 upon the filing of this Order being entered in Fayette Family Court Case No 20-D-622-001, and

10)    This Order shall remain in full force and effect subsequent to the Entry of a Decree of Dissolution.

Dated this the 30th day of June, 2020.

HON. KATHY STEIN
JUDGE, FAYETTE FAMILY COURT

RES : 000004 of 000005

Filed        20-CI-01695        /17/2021        Vincent Riggs, Fayett   ruit Clerk

COMMONWEALTH OF KENTUCKY
COUNTY OF FAYETTE
I, VINCENT RIGGS, CLERK OF THE CIRCUIT COURT
FOR THE COUNTY AND STATE AFORESAID,
DO HEREBY CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY AS SAME APPEARS OF
RECORD AND REMAINS ON FILE IN MY OFFICE.
WITNESS MY HAND AND SEAL THIS ___ DAY
OF _____ _____
BY _____ D C.

**HAVE SEEN AND AGREE:**

**VALERIE S. KERSHAW**
**ATTORNEY FOR PETITIONER**

6.7.20

JOHN WATERMAN
ATTORNEY FOR RESPONDENT

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Order was electronically served and mailed, postage prepaid, on this the _____ day of June, 2020

JUL 0 1 2020

Louis I. Waterman
Goldberg Simpson
9301 Dayflower Street
Prospect, Kentucky 40059

Valorie Kershaw
Kershaw & Baumgardner
250 West Main, Suite 1850
Lexington, Kentucky 40507

By: _____
CLERK, FAYETTE CIRCUIT COURT

RES : 000005 of 000005