*Exhibit B*



COMMONWEALTH OF KENTUCKY
**OFFICE OF CIRCUIT COURT CLERK**
DOMESTIC VIOLENCE DIVISION
ROBERT F. STEPHENS DISTRICT COURTHOUSE
120 NORTH LIMESTONE, ROOM C452
LEXINGTON, KENTUCKY 40507
PHONE 859-246-2248

VINCENT RIGGS
CIRCUIT COURT CLERK



FAYETTE CIRCUIT COURT
FAYETTE DISTRICT COURT

# MEMORANDUM

Dear Sir or Madam:

Please be advised that your request for records cannot be completed because of the following:

O Records requested are confidential by Kentucky Statute(s) and require you to show your identification in person.

O You failed to provide payment for the cost of copies (25 cents a page).

∅ No such records exist. 20-D-00622-001

Other:

_____

_____

_____

Respectfully,

*Vincent Riggs*

CLERK FAYETTE DISTRICT/CIRCUIT COURT

BY: _____ Deputy Clerk

REQUEST FOR CERTIFIED STATEMENT OF NON-EXISTENCE OF RECORD AND NON-EXISTENCE OF EXPUNGEMENT.

To Fayette County Court Clerk – Records Division

December 11 2025

I respectfully request a certified statement regarding the following Emergency Protective Order case:

Case Number: 20 - D - 622 - 001

Please certify the following:

1. Whether any record exists for this case number in paper, electronic, archived or sealed form;
2. Whether any expungement exists for this case number; and
3. If neither exists, please issue a Certificate of No Record and No Expungement found pursuant to Kentucky Rules of Evidence 803(10)

If the case or any expungement order exists, please certify its existence.

I neither exists, please certify that no case and no expungement order exist in any system maintained by the Clerk.

Respectfully,

Todd Squier

2055 N. Mt. Juliet Road #103

Mt Juliet Tennessee 37122

615-554-4655

COMMONWEALTH OF KENTUCKY
COUNTY OF FAYETTE
I, VINCENT RIGGS, CLERK OF THE CIRCUIT COURT
FOR THE COUNTY AND STATE AFORESAID,
DO HEREBY CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY AS SAME APPEARS OF
RECORD AND REMAINS ON FILE IN MY OFFICE.
WITNESS MY HAND AND SEAL THIS ___ DAY
OF _____ A.D. 20___
BY_____ D.C.