*Exhibit C*

Filed    20-CI-0169    07/09/2020    Vincent Riggs, F ...tte Circuit Clerk    20-7006



| | |
|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts ky.gov<br><br>CR 4.02; Cr Official Form 1 | Case #: **20-CI-01695**    003<br>Court:  **CIRCUIT**<br>County.  **FAYETTE** |

## CIVIL SUMMONS

*Plantiff,* **HOSKINS, MARY MCDOWELL VS. SQUIER, TODD MARTIN,** *Defendant*

TO:  **TODD MARTIN SQUIER**
   **2618 DELONG RD.**
   **LEXINGTON, KY 40515**

Memo:  Alternative Service Address exists: 3737 West End ave. #101, Nashville, TN 37205

*The Commonwealth of Kentucky to Defendant:*

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

COMMONWEALTH OF KENTUCKY
COUNTY OF FAYETTE
I, VINCENT RIGGS, CLERK OF THE CIRCUIT COURT
FOR THE COUNTY AND STATE AFORESAID,
DO HEREBY CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY AS SAME APPEARS OF
RECORD AND REMAINS ON FILE IN MY OFFICE
WITNESS MY HAND AND SEAL THIS ___ DAY
OF _____ :
BY_____D C.

Fayette Circuit Clerk
Date: **6/8/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☒ Not Served because: *Subject lives in Nashville Tn.*

Date: **07-08** , 20 **20**

_____ 17474
Served By

Deputy 145 FCSO
Title