

To whom it may concern:

From:
Charles M. Adkins
218 Bartow Dr
Barboursville, WV 25504
910-978-2441
cmadkins72@yahoo.com

I work at the US Army John F. Kennedy Special Warfare Center and School as a Special Forces Unconventional Warfare Instructor/Mentor. Mr. Todd Squier was working for me in support of the Robin Sage Unconventional Warfare Culmination Exercise, scheduled from June 5th, 2020 – June 18th, 2020. On Saturday, June 6th, 2020, Mr. Squier asked me if he could be temporarily excused from the exercise to drive back to Kentucky in order to remove a GPS tracking device from one of his family vehicles.

I conducted coordination with the exercise management to facilitate his trip back to Kentucky. He departed the exercise location in Ellerbe, NC that evening at approximately 5:00 p.m. Mr. Squier arrived back in Ellerbe in the night of Sunday, June 7th, 2020.

I may be reached at the above contact information for additional questions.

*Charles M Adkins*

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
**KENNETH GLOVER**
Barboursville Police Department
PO Box 262, 721 Central Avenue
Barboursville, WV 25504
My commission expires June 02, 2021